UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David W. Reynolds, | File No. 20-cv-2259 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| County Court of Ottertail County, | |
| Defendant. | |

---

In a Report and Recommendation issued on April 2, 2021, Magistrate Judge David T. Schultz recommended dismissing this action without prejudice for failure to prosecute. ECF No. 15. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 15] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 3, 2021
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court